FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR ALVARADO<br><br>Defendant. | Case No.: CR 06-00658-SVW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offense;_ _immigration status_ _____

_____

_____

and/or

1  B.    ( ) The defendant has not met his/her burden of establishing by clear and
2        convincing evidence that he/she is not likely to pose a danger to the safety of any
3        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4        finding is based on: _____
5  _____
6  _____
7  _____

9        IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.

12 Dated: Dec. 18, 2009                              /s/ Alicia G. Rosenberg
                                                    ALICIA G. ROSENBERG
13                                                  United States Magistrate Judge